O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAHMOUD KHANMALEK,<br><br>        Plaintiff,<br><br>  v.<br><br>AMERICAN WESTERN HOME<br>INSURANCE COMPANY, an Ohio<br>corporation,<br>        Defendants.<br>_____ | Case No. CV 10-05992 DDP (AGRx)<br><br>**ORDER GRANTING APPLICATION TO CONFIRM ARBITRATION AWARD**<br><br>[Docket No. 24] |

    Presently before the court is Defendant American Western Home Insurance Company's Application to Confirm Arbitration Award and Enter Judgment Thereon ("Application"). Plaintiff has not filed any opposition to the Application.

    The court has jurisdiction to confirm the arbitration award pursuant to the Federal Arbitration Act ("Act"), 9 U.S.C. § 9. The court's scope of review under the Act is "extremely limited." G.C. & K.B. Invs., Inc. v. Wilson, 326 F.3d 1096, 1105 (9th Cir. 2003). An arbitrator's decision must be upheld unless it is completely irrational, constitutes a manifest disregard of the law, or otherwise falls within the limited grounds set forth in the Act. See id. at 1105-06.

The court finds that no grounds exist for vacating, modifying, or correcting the April 2, 2012 arbitration award at issue here. The court therefore GRANTS Defendant's Application and confirms the award.

IT IS SO ORDERED.

Dated: July 10, 2012

DEAN D. PREGERSON
United States District Judge